**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

FEB 1 8 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____ ,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. CR 21-017 G |
| | ) | |
| **GREGORY EUGENE COLBERT, JR.,** | ) | **Violations:**  18 U.S.C. § 922(g)(1) |
| a/k/a Gregory Eugene Colbert, | ) | 18 U.S.C. § 924(d) |
| a/k/a Gregory Eugene Ingram, | ) | 28 U.S.C. § 2461(c) |
| a/k/a Red, | ) | |
| a/k/a Ghost, | ) | |
| | ) | |
| **Defendant.** | ) | |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about July 19, 2020, in Oklahoma County, in the Western District of Oklahoma,

--------------------------- **GREGORY EUGENE COLBERT, JR.,**
**a/k/a Gregory Eugene Colbert,**
**a/k/a Gregory Eugene Ingram,**
**a/k/a Red,**
**a/k/a Ghost,** --------------------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Beretta, model Px4 Storm, 9x19mm (9mm Luger) semi-automatic pistol, bearing serial

number PX8416T, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Felon in Possession of a Firearm)

On or about August 3, 2020, in Oklahoma County, in the Western District of Oklahoma,

------------------------- **GREGORY EUGENE COLBERT, JR.,**
**a/k/a Gregory Eugene Colbert,**
**a/k/a Gregory Eugene Ingram,**
**a/k/a Red,**
**a/k/a Ghost,** ------------------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus, model PT 938C, .380 ACP caliber semi-automatic pistol, bearing serial number KUB25130, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegation contained in this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

2

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment,

**GREGORY EUGENE COLBERT, JR.** shall forfeit to the United States any firearms

and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but not limited to:

1.    a Beretta, model Px4 Storm, 9x19mm (9mm Luger) semi-automatic pistol, bearing serial number PX8416T;

2.    a Taurus, model PT 938C, .380 ACP caliber semi-automatic pistol, bearing serial number KUB25130; and

3.    any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

CHELSIE A. PRATT
DANIELLE M. CONNOLLY
Assistant United States Attorneys